FILED

2019 Jul-02  PM 05:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **No. 2:18-cr-00353-LSC-JEO** |
| | ) |
| **JUMAR D. SIMS** | ) |

### OBJECTION TO PRESENTENCE INVESTIGATION REPORT

COMES NOW the United States of America, by and through its counsel, Jay E. Town, United States Attorney for the Northern District of Alabama, and the undersigned Assistant United States Attorney, and files objections to the presentence investigation report (PSR) dated June 17, 2019.

The PSR fails to reflect enhanced, statutory penalties applicable under 21 U.S.C. § 841 by virtue of the government's notice of prior convictions filed pursuant to 21 U.S.C. § 851.  (See doc. 62)  The statutory ranges of punishment for Counts One, Two, and Three should be as set forth in document 62 and should be reflected in the PSR face sheet and paragraphs 84, 88, 90, 93, and 95.  The United States objects to the guideline ranges in paragraphs 84, 88, 90, 93, and 95 to the extent that they do not comport with the enhanced, statutory penalties set forth in

1

document 62.[1]

Respectfully submitted this 2nd day of July, 2019.

JAY E. TOWN
United States Attorney

*//s// electronic signature*
AUSTIN D. SHUTT
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on the defendant by electronic filing in the Court Management and Electronic Filing System (CM/ECF) on this the 2nd day of July, 2019.

*//s// electronic signature*
AUSTIN D. SHUTT
Assistant United States Attorney

---

1 The undersigned provided notice of its position to the probation officer and defense counsel by email on June 20, 2019.

2